UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 3:19-CV-06682-WHO |
| Plaintiff, | |
| v. | **DISMISSAL UPON SETTLEMENT** |
| **Loretta J. Sgarlato,** in individual and representative capacity as trustee of The Sgarlato Living Trust dated June 28, 1989; **Dick's Automotive Transport, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Plaintiff has notified the Court that the above matter has been settled. The Court dismisses this case with prejudice. All currently set dates are vacated. If any party disagrees that settlement has been achieved and provides notice within 60 days of this Dismissal to that effect, asking that the matter be placed back on the Court's active calendar and for a Case Management Conference, the dismissal will be set aside and litigation may resume.

**IT IS SO ORDERED.**

Dated: February 6, 2020

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge